[No. 12407-0-III.   Division Three.   January 26, 1995.]

ISAAK LAND, INC., *Respondent*, v. HAVEN BUOB, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Douglas County, No. 91-2-00181-0, John E. Bridges, J., entered April 13, 1992. *Reversed* and *dismissed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 16341-1-II.   Division Two.   January 27, 1995.]

THE CITY OF BREMERTON, *Appellant*, v. RONALD S. JANISCH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-02057-6, Donald H. Thompson, J., entered August 7, 1992. *Reversed* and *remanded* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton, J., and Alexander, J. Pro Tem.

[No. 31968-0-I.   Division One.   January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH A. KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04840-6, Faith Enyeart Ireland, J., entered December 11, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32517-5-I.   Division One.   January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA JO KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03705-6, Norma Smith Huggins, J., entered March 31, 1993. *Affirmed* by unpublished per curiam opinion.